United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JACQUELINE R. MANUEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-03330 |
| | § | |
| OFFICE OF PERSONNEL | § | |
| MANAGEMENT, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the February 6, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Yvonne Y. Ho. (Dkt. No. 43). Judge Ho made findings and conclusions and recommended that Plaintiff's Motion to Reopen Case, (Dkt. No. 40), and Application to proceed in forma pauperis, (Dkt. No. 41) be denied, (Dkt. No. 43 at 1).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On February 19, 2026, Manuel filed her objections. (Dkt. No. 44). First, Manuel objects that the M&R fails to address ten different "laws, rules, statutes and regulations." (Dkt. No. 44 at 1–2). Second, Manuel objects that the M&R fails to correctly apply the law. (*Id.* at 2). Third, Manuel objects to the M&R's finding that she failed to timely appeal. (Dkt. No. 44 at 2–3).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified

proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)     Magistrate Judge Ho's M&R, (Dkt. No. 43), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's Motion to Reopen Case, (Dkt. No. 40), is **DENIED**; and

(3)     Plaintiff's Application to Proceed In Forma Pauperis, (Dkt. No. 41), is **DENIED**.

It is SO ORDERED.

Signed on April 3, 2026.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2