United States District Court
Southern District of Texas
**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JACQUELINE R MANUEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-03330 |
| | § | |
| OFFICE OF PERSONNEL | § | |
| MANAGEMENT, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the May 19, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Yvonne Y. Ho. (Dkt. No. 48). Judge Ho made findings and conclusions and recommended that Manuel's Motions for Reconsideration, (Dkt. Nos. 44, 46), be denied, (Dkt. No. 48).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On June 2, 2026, Manuel filed objections that largely restate arguments she raised earlier in the case and that the Court has already addressed. (Dkt. No. 49). She also contends that the agency and this Court committed procedural errors and imposed unclear deadlines. (*Id.*).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)    Judge Ho's M&R, (Dkt. No. 48), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)    Manuel's Motions for Reconsideration, (Dkt. Nos. 44, 46), are **DENIED**; and

(3)    Any further relief sought by Manuel about the issues raised in this case shall be by appeal to the appropriate forum.

It is SO ORDERED.

Signed on June 17, 2026.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**