United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JACQUELINE R MANUEL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:22-CV-03330** |
| | § | |
| **OFFICE OF PERSONNEL MANAGEMENT,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 14, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Yvonne Y. Ho. (Dkt. No. 61). Judge Ho made findings and conclusions and recommended that Plaintiff Jacqueline Manuel's Motion for Leave to Appeal *in forma pauperis*, (Dkt. No. 58), be denied, (Dkt. No. 61).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Ho's M&R, (Dkt. No. 61), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff Jacqueline Manuel's Motion for Leave to Appeal *in forma pauperis*,

(Dkt. No. 58), is **DENIED**.

It is SO ORDERED.

Signed on October 8, 2026.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**